# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **KENNETH UPCHURCH,** | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:24-cv-00213 |
| | ) |
| v. | ) JUDGE ALETA A. TRAUGER |
| | ) |
| **TIMOTHY DEE DODD and THE** | ) |
| **ROBERTSON COMPANY, LLC,** | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

This matter came to be heard on the Defendants' Motion to Amend the Scheduling Order. Plaintiff indicated no opposition to the motion so long as the trial date was unaltered. The Court, after considering the motion, finds that it is well taken and GRANTS the same.

It is therefore ORDERED that the Initial Case Management Order (Docket Entry No. 13) is amended and that Defendants shall have until June 30, 2025, to disclose expert witnesses, and that the parties shall have until August 31, 2025, to complete all expert deposition. All other dates set forth in the Initial Case Management Order shall remain in effect.

It is so ORDERED.

                                                                     ALETA A. TRAUGER
                                                                     U.S. District Judge

APPROVED FOR ENTRY:

*s/ Peter C. Robison*
John R. Tarpley, BPR # 009661
Peter C. Robison, BPR # 027498
J. Logan Punch, BPR # 041578
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
615-259-1366
jtarpley@lewisthomason.com
lpunch@lewisthomason.com

*Attorney for Defendants Timothy Dee Dodd
and The Robertson Company, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of May, 2025, I served the foregoing on the below referenced parties by the Court's Electronic Case System.

| | |
|---|---|
| ☐ Hand | D. Joe Griffith |
| ☐ Mail | Hughes & Coleman, PLLC |
| ☐ Fax | 1256 Campbell Lane, Suite 201 |
| ☐ FedEx | Bowling Green, KY 42102 |
| ☒ ECS | |
| ☐ E-mail | *Attorney for Plaintiff* |

          *s/ Peter C. Robison*
          Peter C. Robison