# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KENNETH UPCHURCH<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY DEE DODD and<br>THE ROBERTSON COMPANY, LLC<br><br>Defendants. | Civil No. 3:24-cv-0213<br>Judge Trauger |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Kenneth Upchurch ("Plaintiff") hereby dismisses with prejudice Plaintiff's Complaint against Defendants Timothy Dee Dodd and The Robertson Company, LLC, with all parties to bear their own costs and attorneys' fees. The parties note that they have sought to resolve the matter in a manner that addresses issues raised in good faith and without any admission of liability.

Dated this October 6, 2025.

1

Respectfully submitted,

*/s/ Peter C. Robison*_____
Peter C. Robison (BPR# 27498)
J. Logan Punch (BPR# 41578)
LEWIS THOMASON, P.C.
424 Church St., Suite 2500
Nashville, TN 37219
probison@lewisthomason.com
lpunch@lewisthomason.com

*Counsel for Defendants*

*/s/ Joe Griffith_(signed with permission by Peter Robison)*
D. JOE GRIFFITH (BPR# 38878)
Hughes & Coleman, PLLC
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Ext. 272
FAX (270) 843-0446
jgriffith@hughesandcoleman.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I do certify that on this the 6th day of October, 2025, a true and correct copy of the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE has been served via electronic mail to counsel of record, as follows:

D. JOE GRIFFITH BPR#38878
Hughes & Coleman, PLLC
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Ext. 272
FAX (270) 843-0446
jgriffith@hughesandcoleman.com
*Counsel for Plaintiff*

                                         *Peter C. Robison*
                                         Peter C. Robison