# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **KENNETH UPCHURCH** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil No. 3:24-cv-0213<br>) Judge Trauger<br>) |
| **TIMOTHY DEE DODD and**<br>**THE ROBERTSON COMPANY, LLC** | )<br>)<br>) |
| **Defendants.** | )<br>) |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal With Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The Court, having considered the same, is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice Plaintiff's Complaint, with all parties to bear their own costs and attorneys' fees.

Signed _____, 2025

_____
UNITED STATES DISTRICT JUDGE

1

Respectfully submitted,

*/s/ J. Logan Punch*
Peter C. Robison (BPR# 27498)
J. Logan Punch (BPR# 41578)
LEWIS THOMASON, P.C.
424 Church St., Suite 2500
Nashville, TN 37219
probison@lewisthomason.com
lpunch@lewisthomason.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I do certify that on this the 6th day of October, 2025, a true and correct copy of the foregoing ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE has been served via electronic mail to counsel of record, as follows:

D. JOE GRIFFITH BPR#38878
Hughes & Coleman, PLLC
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Ext. 272
FAX (270) 843-0446
jgriffith@hughesandcoleman.com
*Counsel for Plaintiff*

                                    /s/ J. Logan Punch