IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KENNETH UPCHURCH** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **Civil No. 3:24-cv-0213**<br>) **Judge Trauger**<br>) |
| **TIMOTHY DEE DODD and**<br>**THE ROBERTSON COMPANY, LLC** | )<br>)<br>) |
| **Defendants.** | )<br>) |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal With Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The Court, having considered the same, is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice Plaintiff's Complaint, with all parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ J. Logan Punch*
Peter C. Robison (BPR# 27498)
J. Logan Punch (BPR# 41578)
LEWIS THOMASON, P.C.
424 Church St., Suite 2500
Nashville, TN 37219
probison@lewisthomason.com
lpunch@lewisthomason.com

*Counsel for Defendants*